**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| RUTH WALKER,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Civil No. 1:24-cv-02416-TWT-WEJ |

# NOTICE OF SETTLEMENT

Plaintiff, Ruth Walker, by counsel, hereby notifies the Court that the parties have reached a settlement of all claims and will file a stipulation of dismissal with prejudice upon completion of the related settlement documentation.

This 15th day of August, 2024.

Respectfully submitted,

**LOVE CONSUMER LAW**

*/s/ John A. Love*
John A. Love
Ga Bar No. 459155
*Counsel for Plaintiff*

2500 Northwinds Parkway
Suite 330
Alpharetta, GA 30009
(tel.) 404.855.3600
(fax) 404.301.2300
tlove@loveconsumerlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document was filed via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

Dated: August 15, 2024

*s/John A. Love*
John A. Love, Esquire